# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 10-10137-01-EFM |
| ) | |
| **GARY JAY HIBLER**, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 30th day of October, 2008, in the District of Kansas, the defendant,

**GARY JAY HIBLER,**

being the parent, legal guardian, or having custody and control of a minor, that is J.H. born in 1999, knowingly permitted the minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, that is exposing his genitals and masturbating while in front of an active webcamera, and the defendant knew and had reason to know that the visual depiction would be transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate commerce or mailed, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

All in violation of Title 18 United States Code Section 2251(b).

## COUNT 2

On or about August 27, 2010, in the District of Kansas, the defendant,

**GARY JAY HIBLER,**

did knowingly and intentionally possess one or more matters which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL

12/1/2010                                                  s/Foreman
DATE                                                       FOREMAN OF THE GRAND JURY

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]

2